# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

|  |  |
|---|---|
| **v.** | **Crim. No. 7:23-CR-55-3FL** |

**PHILLIP GREER**

On March 20, 2024, the above named began supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8672
Executed On: April 23, 2026

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _10th_ day of _____, 2026.

Louise W. Flanagan
U.S. District Judge

*Best wishes Mr. Greer going forward !*
*Judge Flanag*